**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANGELA MUNSELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE CO., and TOM'S OF MAINE, INC.<br><br>    Defendants. | Civil Action No.: 1:19-cv-12512-NMG |

## DEFENDANTS COLGATE-PALMOLIVE CO. AND TOM'S OF MAINE, INC.'S MOTION TO DISMISS

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Colgate-Palmolive Co. and Tom's of Maine, Inc. ("Defendants") hereby move, by and through their undersigned attorneys, to dismiss Plaintiff's claims in their entirety with prejudice. As grounds therefor, Defendants rely on their supporting memorandum filed concurrently herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on their motion to dismiss.

Dated: February 14, 2020

Respectfully submitted,

COLGATE-PALMOLIVE CO., and
TOM'S OF MAINE, INC.

By their attorneys,

/s/ U. Gwyn Williams
U. Gwyn Williams (BBO# 565181)
Samuel A. Townsend (BBO# 694526)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
gwyn.williams@lw.com
samuel.townsend@lw.com


Ann Marie Wahls (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
annmarie.wahls@lw.com

## LOCAL RULE 7.1 CERTIFICATION

    Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiff opposes the relief requested in this motion.

/s/ U. Gwyn Williams
U. Gwyn Williams

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on February 14, 2020 to those identified as non-registered participants.

/s/ U. Gwyn Williams
U. Gwyn Williams