| | |
|---|---|
| ANGELA MUNSELL, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>    *Plaintiff*,<br><br>**v.**<br><br>COLGATE-PALMOLIVE CO., *AND* TOM'S OF MAINE INC.<br><br>    *Defendants.* | Civil Action No. 1:19-cv-12512-NMG |

## JOINT SCHEDULING STATEMENT
## PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement:

1. **Matters Discussed by Parties.**

   a. A proposed pre-trial schedule for the case that includes the plan for discovery deadlines;

   b. Anticipated dispositive motions;

   c. Alternative dispute resolution; and

   d. Settlement.

2. **Schedule for Discovery.** The parties have agreed on the following case schedule:

| Event | Proposed Deadline |
|---|---|
| Initial Disclosures | July 10, 2020 |
| Deadline for Joinder of Additional Parties | 6 months from Rule 16 conference |
| Deadline to Amend Pleadings Without Leave of Court | 6 months from Rule 16 conference |
| Close of Fact Discovery (non-expert depositions | 9 months from Rule 16 conference. |

1

| complete) | |
|---|---|
| Motion for Class Certification | 10 months from Rule 16 conference |
| Deposition of Plaintiff's Expert(s) regarding Class Certification | 12 months from Rule 16 conference |
| Opposition to Motion | 13 months from Rule 16 conference |
| Deposition of Defendants' Expert(s) regarding Class Certification | 14 months from Rule 16 conference |
| Reply for Class Certification | 15 months from Rule 16 conference |
| Trial Expert Discovery: | |
| Plaintiffs' trial expert witnesses' reports | Within 2 months of the Court's ruling on class certification |
| Defendants' expert witnesses' reports | Within 3 months of the Court's ruling on class certification |
| Expert depositions shall be completed within thirty (30) days of Defendants' expert reports | Within 4 months of the Court's ruling on class certification |
| Latest Date for Filing of Dispositive Motions | Within 5 months of the Court's ruling on class certification |
| Oppositions to Dispositive Motions | Within 6 months of the Court's ruling on class certification |

3. **Discovery Limits.** Discovery will be conducted pursuant to the limits set forth in Fed. R. Civ. P. 26 and Local Rule 26.1(C). Each party reserves its or her right to seek by motion additional discovery, with good cause shown.

4. **Phased Discovery.** The parties do not believe phased discovery is appropriate at this time.

5. **Settlement.** Plaintiff will provide a written settlement proposal to the Defendants no later than ten (10) days before the scheduling conference in this matter.

6. **Trial by Magistrate Judge.** At this time, the parties do not consent to trial by a

US-DOCS\116601392.1

Magistrate Judge.

7. **Alternative Dispute Resolution.** The parties are not willing to participate in mediation at this time.

8. **Certifications.** Certifications will be filed separately by the parties and their counsel certifying that each party has conferred with their counsel concerning:

1. A budget for the costs of conducting the full course and alternative courses of the litigation; and

2. The potential for resolving the litigation through alternative dispute resolution programs including those outlined in Local Rule 16.4.

Dated: July 6, 2020

Respectfully submitted,

*/s/ Adam M. Stewart*
Edward F. Haber (BBO#215620)
Ian J. McLoughlin (BBO#647203)
Adam M. Stewart (BBO#661090)
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Tel: (617) 439-3939
ehaber@shulaw.com
imcloughlin@shulaw.com
astewart@shulaw.com

*Attorneys for Plaintiff and the Putative Classes*

*/s/ U. Gwyn Williams*
U. Gwyn Williams (BBO# 565181)
Samuel A. Townsend (BBO# 694526)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
gwyn.williams@lw.com

samuel.townsend@lw.com

Ann Marie Wahls (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
annmarie.wahls@lw.com

***Attorneys for Defendants Colgate-Palmolive Co., and Tom's of Maine, Inc.***

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 6, 2020.

*/s/ Adam M. Stewart*
Adam M. Stewart

US-DOCS\116601392.1